# Order

Michigan Supreme Court
Lansing, Michigan

June 1, 2018

156501

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

STEVEN THOMPSON,
        Plaintiff-Appellee,

v

ANN GIBSON,
        Defendant-Appellant.
_____/

SC: 156501
COA: 333755
Livingston CC: 15-028662-NO

On order of the Court, the application for leave to appeal the August 8, 2017 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of Section II. B. of the judgment of the Court of Appeals addressing the plaintiff's premises liability claim, and we REMAND this case to the Court of Appeals to address this Court's decision in *Lowrey v LMPS & LMPJ, Inc*, 500 Mich 1 (2016).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2018



Clerk

a0529